IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| SECURITIES and EXCHANGE COMMISSION,<br><br>    Plaintiff,<br>v.<br><br>JAMES BLAKE DAUGHTRY,<br><br>    Defendant. | Case No. 1:24-cv-00125-RAH-CWB |

**SECURITIES AND EXCHANGE COMMISSION'S
RESPONSE TO COURT'S APRIL 9, 2024 ORDER**

Pursuant to the Court conference conducted on and the Court's order of April 9, 2024 [Dkt. 46], counsel for Plaintiff Securities and Exchange Commission ("SEC") states as follows:

1. Based on a review of our records, we are unaware of Alabama Securities Commission ("ASC") being involved in this case, including any investigation of Daughtry, before December 31, 2019.

2. While the SEC does not know for certain when the ASC began its investigation, based on the same facts as alleged in the Commission's complaint in this litigation, the ASC entered an order against Daughtry on September 28, 2022 barring Daughtry "from

registration, or engaging in securities activities into, within, or from the state of Alabama." That order states:

> On or about March 16, 2020, the [Alabama Securities] Commission received information that DAUGHTRY had been in the process of selling his investment advisory business. At least one of his clients, a resident of Alabama, discovered that the securities in the Alabama resident's account had been liquidated without the Alabama resident's knowledge or permission.

For the Court's convenience, a copy of the ASC order against Daughtry is attached hereto as "Exhibit A."

3. Similarly, the ASC order against Jared D. Eakes entered also on September 28, 2022 recites similar language as that set forth in the Daughtry Order. For the Court's convenience, a copy of the ASC order against Eakes is attached hereto as "Exhibit B."[1]

4. The language of both those orders suggest that the ASC did not begin its investigation into Daughtry or Eakes until March 2020.

---

[1] The ASC Order against Eakes also barred Eakes "from registration, or engaging in securities activities into, within, or from the state of Alabama."

2

Respectfully Submitted this 12th day of April 2024.

*/s/ Paul Kim*
Paul Kim
Georgia Bar No. 418841
M. Graham Loomis
Georgia Bar No. 457868
U.S. Securities and Exchange Commission
950 East Paces Ferry Road, NE,
Suite 900
Atlanta, GA 30326
Tel: (404) 842-7600
loomism@sec.gov
kimpau@sec.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 12, 2024, I electronically filed the foregoing using the CM/ECF system which will send notification of such filing and effectuate service to all counsel of record in this matter.

>  */s/ Paul Kim*
> Paul Kim
>
> An Attorney for Plaintiff
> U.S. Securities and Exchange Commission