## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **SECURITIES and EXCHANGE COMMISSION,** | ) ) ) |
| **Plaintiff,** | ) ) |
| v. | ) ) Case No. 1:24-cv-00125-RAH-CWB ) |
| **JAMES BLAKE DAUGHTRY,** | ) ) |
| **Defendant.** | ) |

### DEFENDANT'S RESPONSE TO SHOW CAUSE ORDER

COMES NOW, the defendant James Blake Daughtry ("Daughtry"), by and thought his undersigned counsel, and pursuant to the Court's order [Dkt. 55] informs the Court that Daughtry believes that the status report filed on Friday, January 10, 2025 [Dkt. 54] should be stricken from the record.

Daughtry respectfully asks the Court to strike the filed status report [Dkt. 54] and accept apologies to the Court for the errant filing.

Respectfully submitted,

*s/ H. Gregory Harp*
H. Gregory Harp (asb-0904-t75h)
Attorney for Defendant
810 Watterson Curve #26
Trussville, Alabama 35173
205.291.0088
gh@gregoryharplaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on Monday, January 13, 2025 I have caused a copy of the forgoing to be served upon the counsel set forth below via electronic mail and via United States Mail:

Paul Kim, Esq.
Senior Trial Counsel
Attorneys for Plaintiff
Securities and Exchange Commission
950 East Paces Ferry Road, NE, Suite 900
Atlanta, GA 30326
kimpau@sec.gov

*s/H. Gregory Harp*