UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>JAMES BLAKE DAUGHTRY,<br><br>    Defendant. | Civil Action No.<br>1:24-cv-00125-RAH-CWB |

## JOINT STATUS REPORT

COMES NOW, the plaintiff Securities and Exchange Commission ("SEC") and the defendant James Blake Daughtry ("Daughtry") (collectively, the "Parties") pursuant to the Court's order (Doc. 55), and files this joint status report showing as follows:

(1)     The parties continue to actively engage in both discovery and settlement discussions both with an aim toward resolution of the case.

(2)     Daughtry is named as a defendant in a case styled *Jeanette Brown v. Truist et al.*, pending in the Circuit Court of Houston County Alabama.  Discovery is ongoing in that case.

(3)     James Eakes who is not a defendant in the instant action is named as a defendant in a criminal matter pending in the United States District Court, Middle

District of Florida. *See United States v. Eakes*, 3:24-cr-00120-TJC-PDB (M.D. Fla.). The issue of his mental competency has been raised in the criminal proceeding. Eakes is a material witness to the instant proceeding.

    Respectfully submitted,

| | |
|---|---|
| s/ Paul T. Kim, <br> Paul T. Kim <br> 950 East Paces Ferry Road, NE, Suite 900 <br> Atlanta, GA 30326 <br> Tel: (404) 842-7600 <br> kimpau@sec.gov <br> Attorney for Securities and Exchange Commission | *s/ H. Gregory Harp* <br> H. Gregory Harp <br> 810 Watterson Curve # 26 <br> Trussville, Alabama 35173 <br> gh@gregoryharplaw.com <br> 205.291.0088 <br> Attorney for James Blake Daughtry |

## CERTIFICATE OF SERVICE

I hereby certify that on Friday, January 17, 2025, I electronically served the foregoing via electronic mail to the following counsel:

Paul T. Kim, Esq.
SECURITIES & EXCHANGE COMMISSION
950 East Paces Ferry Road, NE,
Suite 900
Atlanta, GA 30326
Tel: (404) 842-7600
kimpau@sec.gov

*s/ H. Gregory Harp*