UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
**DOTHAN DIVISION**

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**JAMES BLAKE DAUGHTRY,**<br><br>Defendant. | Civil Action File No.:<br>1:24-cv-00125-RAH-CWB |

**JOINT STATUS REPORT CONCERNING SETTLEMENT**

COMES NOW, Plaintiff Securities and Exchange Commission ("Plaintiff" or "SEC") and Defendant James Blake Daughtry ("Defendant" or "Daughtry") and advises the Court as follows:

1. The parties have agreed to a settlement proposal, and counsel for the Commission intends to recommend the Commission approve the settlement proposal.

2. In order to receive Commission approval of the proposal, counsel for the Commission must complete an internal review process. Commission counsel anticipates that the recommendation process to the Commission will take approximately six to eight weeks to complete.

3. If the Commission accepts Defendant's settlement proposal, it will obviate the need for a trial on the Commission's claims and resolve this case in its entirety.

4. For these reasons, the parties respectfully request that the Court stay discovery and suspend all upcoming deadlines until the Commission's decision on Defendants' settlement proposal. Counsel for the Commission will immediately advise the Court of the Commission's decision on the settlement proposal once it has been rendered.

Respectfully submitted this 12th day of June, 2025.

| | |
|---|---|
| */s/ Paul Kim*<br>Paul Kim<br>Georgia Bar No. 418841<br>(404) 842-7665<br>kimpau@sec.gov<br><br>Attorney for the<br>Securities and Exchange Commission<br>950 East Paces Ferry Road NW, Suite 900<br>Atlanta, GA 30326<br><br> | */s/ Greg Harp (w/ permission)*<br>H. Gregory Harp<br>Gregory Harp LLC<br>P.O. Box 26<br>Trussville, AL 3513<br>(205) 291-0088 (office)<br>gh@gregoryharplaw.com<br><br>Attorney for Defendant<br>James Blake Daughtry |

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 12, 2025, I electronically filed the foregoing Joint Status Report using the CM/ECF system which will send notification of such filing and effectuate service to all counsel of record in this matter.

*/s/ Paul Kim, Esq.*
Paul Kim

An Attorney for Plaintiff
U.S. Securities and Exchange Commission

## **COUNSEL CERTIFICATION**

Counsel for Plaintiff hereby submits this statement certifying that it has the permission of counsel for Defendant James Blake Daughtry to sign and file the foregoing Joint Status Report Concerning Settlement on its behalf.

/s/ Paul Kim, Esq.
Paul Kim

An Attorney for Plaintiff
U.S. Securities and Exchange Commission