**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**<u>DOTHAN DIVISION</u>**

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | |
| **Plaintiff,** | |
| **v.** | **Civil Action File No.:** |
| | **1:24-cv-00125-RAH-CWB** |
| **JAMES BLAKE DAUGHTRY,** | |
| **Defendant.** | |

**<u>JOINT STATUS UPDATE CONCERNING SETTLEMENT</u>**

COMES NOW, Plaintiff Securities and Exchange Commission ("Plaintiff or "SEC") and Defendant James Blake Daughtry ("Defendant" or "Daughtry") and respectfully submits this status update to the Court:

1.      The parties have reached an agreement in principle to settle all issues in this matter and are in the process of seeking Commission approval for it.

2.      The Court previously entered a stay and continuance of the proceedings pending the SEC's approval of the settlement proposal, and ordered the parties to provide a status update as to the proposed settlement by August 8, 2025.  [Dkt. 61].

3.      The parties are moving the settlement process forward but that process is taking longer than counsel anticipated.

4.      Counsel for the Commission continues to intend to recommend the Commission approve the settlement proposal.

5.      If the Commission accepts Defendant's settlement proposal, it will obviate the need for a trial on the Commission's claims and resolve this case in its entirety.

6.      For these reasons, the parties respectfully request that the Court continue its stay and continuance for a period of six (6) weeks. Counsel for the Commission will immediately advise the Court by that time of the Commission's decision on the settlement proposal or provide a further status update to the Court.

Respectfully submitted this 6th day of August, 2025.

| _/s/ Paul Kim_ | _/s/  Greg Harp (w/ permission)_ |
|---|---|
| Paul Kim | H. Gregory Harp |
| Georgia Bar No. 418841 | Gregory Harp LLC |
| (404) 842-7665 | P.O. Box 26 |
| kimpau@sec.gov | Trussville, AL 3513 |
| | (205) 291-0088 (office) |
| Attorney for the | gh@gregoryharplaw.com |
| Securities and Exchange Commission | |
| 950 East Paces Ferry Road NW, Suite 900 | Attorney for Defendant |
| Atlanta, GA 30326 | James Blake Daughtry |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 6, 2025, I electronically filed the foregoing

Joint Status Report using the CM/ECF system which will send notification of such

filing and effectuate service to all counsel of record in this matter.


*/s/ Paul Kim, Esq.*
Paul Kim

An Attorney for Plaintiff
U.S. Securities and Exchange Commission

## **COUNSEL CERTIFICATION**

Counsel for Plaintiff hereby submits this statement certifying that it has the

permission of counsel for Defendant James Blake Daughtry to sign and file the

foregoing Joint Status Update Concerning Settlement on its behalf.


*/s/ Paul Kim, Esq.*
Paul Kim

An Attorney for Plaintiff
U.S. Securities and Exchange Commission